UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

ASHLEY E.,

                Plaintiff,                6:22-CV-0299
                                                                            (GTS/CFH)

v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
_____

APPEARANCES:                                        OF COUNSEL:

ASHLEY E.
   Plaintiff, *Pro Se*

COMMISSIONER OF SOCIAL SECURITY      MOLLY CARTER, ESQ.
   Counsel for Defendant                         Special Assistant U.S. Attorney
6401 Security Boulevard
Baltimore, Maryland 21235

GLENN T. SUDDABY, United States District Judge

## DECISION and ORDER

      The above matter comes to this Court following a Report-Recommendation by United States Magistrate Judge Christian F. Hummel, filed on August 21, 2023, recommending that Defendant's decision denying disability insurance benefits be affirmed, Plaintiff's motion be denied, and Defendant's motion be granted. (Dkt. No. 22.) Objections to the Report-Recommendation have not been filed, and the time in which to do so has expired. (*See generally* Docket Sheet.) After carefully reviewing all of the papers herein, including Magistrate Judge Hummel's thorough Report-Recommendation, the Court can find no error in the Report-Recommendation, clear or otherwise. As a result, the Report-Recommendation is accepted and adopted in its entirety; Defendant's decision denying disability insurance benefits is

affirmed, Plaintiff's motion is denied, and Defendant's motion is granted.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Hummel's Report-Recommendation (Dkt. No. 22) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Plaintiff's motion (Dkt. No. 21) is **DENIED**, and Defendant's motion (Dkt. No. 19) is **GRANTED**; and it is further

**ORDERED** that Defendant's decision denying disability insurance benefits is **AFFIRMED**, and the Clerk of Court is directed to enter Judgment for Defendant.

Dated: September 25, 2023
      Syracuse, New York

*[Signature]*
Glenn T. Suddaby
U.S. District Judge